JOHN A. STEELE, plaintiff in error *vs.* REBECCA BROWN *et al.*, defendants in error.

A sells land to B who, without paying the purchase money, sélls to C. C being dead, A brings a bill against his administrator to enforce the vendor's lien. A is not a competent witness for himself on the hearing of the bill.

TRIPPE, Judge.

---

SPENCE & PORTER, plaintiffs in error, *vs.* STEPHEN SHELL *et al.*, defendants in error.

This case comes within the rule established in the cases of Hays *vs.* Reynolds, executor, decided at July term, 1874, and Stokes *vs.* Maxwell, decided at the present term.

TRIPPE, Judge.

---

COTHRANS & ELLIOTT, plaintiffs in error, *vs.* DANIEL R. MITCHELL, defendant in error.

The time when the tender was made, with an averment of a continued and a present readiness to pay, are essential parts of a plea of tender.

TRIPPE, Judge.